IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Robert C. Comrie, : 
                     Petitioner : 
                     :
      v. :      No. 350 M.D. 2015
                     :
PA Department of Corrections; and : 
PA Board of Parole and Probation, etc., : 
                     Respondents :

**O R D E R**

NOW, July 25, 2016, upon consideration of petitioner's application/petition for reargument, the application is denied. Petitioner's memorandum of law in support of the application/petition for reargument is stricken. Petitioner's request for a reduction in the number of copies of said application to be filed with this Court is granted.

 

MARY HANNAH LEAVITT,
President Judge